```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )          4:99CR3036
              Plaintiff,       )
                               )
     vs.                       )          ORDER
                               )
EDWARD J. WILSON,              )
                               )
              Defendant.       )
```

   IT IS ORDERED that a revocation hearing is set to commence at 12:15 p.m. on October 3, 2006, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

   Dated: August 1, 2006.

                                   BY THE COURT

                                   s/ David L. Piester
                                   _____
                                   United States Magistrate Judge