UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
            **Plaintiff**
v.                                                                Case Number 4:99CR3036-001

                                                                  USM Number 15838-047

**EDWARD J. WILSON**
            **Defendant**
                                                                  **MICHAEL J. HANSEN**
                                                                  **Defendant's Attorney**

_____

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**

**THE DEFENDANT** admitted guilt to allegation numbers 1 and 3 of the Petition for Warrant or Summons for Offender Under Supervision (filing 62).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 (Standard Condition #1) | The defendant shall not commit another Federal, state, or local crime. | June 17, 2006 |
| 3 (Special Condition #3) | Paragraph #8 of the Standard Conditions of Supervision is modified. Instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance. | June 17, 2006 |

**Original Offense:** Count I of the Indictment: Conspiracy to distribute and possess with intent to distribute cocaine base in violation of 21 U.S.C. 846; and Count II of the Indictment: Possess with intent to distribute cocaine base in violation of 21 U.S.C. 841(a)(1).

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Allegation number 2 of the Petition for Warrant or Summons for Offender Under Supervision (filing 62) is dismissed on the motion of the United States .

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
October 3, 2006

s/ Warren K. Urbom
United States Senior District Judge

October 4, 2006

Defendant: EDWARD J. WILSON                                    Page 3 of 5
Case Number: 4:99CR3036-001

# IMPRISONMENT

It is ordered that the defendant's supervised release is revoked. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twelve (12) months with no supervised release to follow.**

[X]   The defendant requested that he be placed at the federal facility in **Greenville, Illinois**, and the Court has no objection to his request.

[X]   The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20_____.

                                            _____
                                            Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20_____ to _____ with a certified copy of this judgment.

                                            _____
                                            UNITED STATES WARDEN

               By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

                                            _____
                                            UNITED STATES WARDEN

               By: _____

Defendant: EDWARD J. WILSON                                                                 Page 4 of 5
Case Number: 4:99CR3036-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|         | **Assessment**              | **Fine** | **Restitution** |
|---------|-----------------------------|----------|-----------------|
| Totals: | $ 200.00<br>**($150.00 balance)** | $        | $               |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

(X)  in full immediately.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, P.O. Box 83468, Lincoln, NE 68508.

**Special instructions regarding the payment of criminal monetary penalties:**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.


Date Filed:_____

DENISE M. LUCKS, CLERK

Defendant: EDWARD J. WILSON  Page 5 of 5
Case Number: 4:99CR3036-001

By _____Deputy Clerk